Warner v. Robinson.

---

### MIDDLESEX COUNTY, JULY TERM, A. D. 1790.

Hon. ELIPHALET DYER, Esq., *Chief Judge.*

*Judges.*

Hon. ANDREW ADAMS, Esq.,   Hon. CHARLES CHAUNCY, Esq.,
Hon. JESSE ROOT, Esq.,       Hon. ERASTUS WOLCOTT, Esq.

### WARNER V. ROBINSON.

If the jury refer the decision of a cause or the assessment of dam-ages to chance — it is good cause of arrest.

ACTION of the case upon a recommendation in writing of one Richard Spelman, etc.  Issue to the jury — who found for the plaintiff to recover £132 6s. 8d. lawful money damages, etc.

Motion in arrest — Among other exceptions, that the jury were greatly divided in opinion with respect to the damages;

that they agreed upon the following method to assess them, viz. each to mark a sum on a piece of paper and put it into a hat, and that the twelve sums thus marked, being added together and divided by twelve, the quotient should be the sum of damages; and that the damages were thus found and assessed by the jury. This was denied by the plaintiff.

The court find the facts to be proved, by inquiry of the jurors; and arrest the verdict, upon the principle that in trials nothing is to be left to hazard or chance. The case of Henshaw v. Thompson, adjudged Hartford adjourned Superior Court, December A. D. 1777, is in point; which was an action of the case, and verdict for plaintiff for £30 10s. 8d. damages. This judgment was arrested, because the jury took the same method to ascertain the damages.